IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00031-BNB

GABRIELE GUNDLACH,

    Plaintiff,

v.

WILLIAM MAY, Superintendent CMHIP in his official capacity,
MARIA MORA, Social Worker at CMHIP in her personal capacity,
PAMELA JONES, Charge Nurse at CMHIP in her personal capacity,
DR. EUGENE McGUINN, Physician at CMHIP in his personal capacity,
DR. ARIF, KAMRAN, Psychologist at CMHIP in his personal capacity,
ROBERT McINTYRE, MD, University Hospital, Chief of Staff in his personal and official
    capacities, and
DEBRA CROSSER, Clerk of the Boulder County Combined Courts in her official and
    personal capacities,

    Defendants.

## ORDER DRAWING CASE

    After review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 8, 2013, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge