**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00031-REB-KMT

GABRIELE GUNDLACH,

    Plaintiff,

v.

WILLIAM MAY, Superintendent CMHIP in his official capacity,
MARIA MORA, Social Worker at CMHIP in her personal capacity,
PAMELA JONES, Charge Nurse at CMHIP in her personal capacity,
DR. EUGENE McGUINN, Physician at CMHIP in his personal capacity,
DR. ARIF KAMRAN, Physchologist at CMHIP in his personal capacity,
ROBERT McINTYRE, MD, University Hospital Chief of Staff in his personal and official capacities, and
DEBRA CROSSER, Clerk of the Boulder County Combined Courts in her official and personal capacities,

    Defendants.

**ORDER OF DISMISSAL AS TO DEFENDANTS
WILLIAM MAY AND ROBERT McINTYRE, ONLY**

**Blackburn, J.**

The matter is before me on plaintiff's **Unopposed Motion To Dismiss With Prejudice The Claims for Injunctive and Declaratory Relief Against William May and Robert McIntyre and To Dismiss These Two Defendant With Prejudice** [#8][1] filed March 25, 2013. After reviewing the motion and the record, I conclude that the motion should be granted and that plaintiff's claims against defendants William May and Robert McIntyre should be dismissed with prejudice.

---

[1] "[#8]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Unopposed Motion To Dismiss With Prejudice The Claims for Injunctive and Declaratory Relief Against William May and Robert McIntyre and To Dismiss These Two Defendant With Prejudice** [#8] filed March 25, 2013, is **GRANTED**;

2. That plaintiff's claims against defendants William May and Robert McIntyre are **DISMISSED WITH PREJUDICE**; and

3. That defendants William May and Robert McIntyre are **DROPPED** as named parties to this litigation, and the case caption is amended accordingly.

Dated March 26, 2013, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge