# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 13-cv-00031-REB-KMT

GABRIELE GUNDLACH,

    Plaintiff,

v.

MARIA MORA, Social Worker at CMHIP in her personal capacity,
PAMELA JONES, Charge Nurse at CMHIP in her personal capacity,
DR. MYRA KAMRAN, Physchologist at CMHIP in his personal capacity, and
DEBRA CROSSER, Clerk of the Boulder County Combined Courts in her official and personal capacities,

    Defendants.

## ORDER OVERRULING OBJECTIONS TO AND ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#29],[1] filed September 5, 2013; and (2) **Plaintiff's Objection to the Magistrate's Recommendation To Grant Defendants' Motion To Dismiss** [#31], filed September 19, 2013. I overrule plaintiff's objections, approve and adopt the recommendation, and dismiss plaintiff's claims.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed. I have considered carefully the recommendation, objections, and applicable caselaw. The recommendation is detailed

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

and well-reasoned.  Contrastingly, plaintiff's objections are imponderous and without merit.  The magistrate judge properly determined that plaintiff, who already was in custody at the time defendants, Kamran, Mora, and Jones, allegedly forced her to be transported to the hospital, was not independently "seized" within the meaning of the Fourth Amendment, her constitutional right to refuse treatment notwithstanding.  **See United States ex rel. Vanorsby v. Acevedo**, 2012 WL 3686787 at *5 (N.D. Ill. Aug. 24, 2012) (citing cases).[2]  With respect to what remains of plaintiff's claims for injunctive and declaratory relief against defendant, Crosser, following plaintiff's concession that defendant has corrected the alleged issues in allowing counsel access to confidential court records, the proposed amendment to the complaint does not demonstrate how, if at all, plaintiff was prejudiced by this alleged denial of her right to access to the courts by hindering her efforts to pursue a legal claim.  **See Trujillo v. Williams**, 465 F.3d 1210, 1226 (10th Cir. 2006).  The arguments of plaintiff's counsel in her objections do not obviate the necessity of proper allegations within the complaint itself.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#29], filed September 5, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

---

[2]  **See also Garcia-Garcia v. City of New York**, 2013 WL 3832730 at *4-5 (S.D.N.Y. July 22, 2013); **Barnes v. District of Columbia**, 793 F.Supp.2d 260, 273-74 (D.D.C. 2011); **Goldhaber v. Higgins**, 576 F.Supp.2d 694, 718 (W.D. Pa. 2007).

2. That the objections stated in **Plaintiff's Objection to the Magistrate's Recommendation To Grant Defendants' Motion To Dismiss** [#31], filed September 19, 2013, are **OVERRULED**;

3. That **Defendants' Motion To Dismiss** [#15], filed April 26, 2013, is **GRANTED**;

4. That plaintiff's **Motion for Leave To File Amended Complaint** [#23], filed May 20, 2013, is **DENIED**;

5. That plaintiff's claims are **DISMISSED WITH PREJUDICE**;

6. That judgment **SHALL ENTER** as follows:

   a. On behalf of defendants, Maria Mora (Social Worker at CMHIP in her personal capacity); Pamela Jones (Charge Nurse at CMHIP in her personal capacity); Dr. Myra Kamran (Psychologist at CMHIP in her personal capacity); and Debra Crosser (Clerk of the Boulder County Combined Courts in her official and personal capacities), against plaintiff, Gabrielle Gundlach, on all claims for relief and causes of action asserted by plaintiff; provided, that the judgment on the claims against these defendants shall be with prejudice;

   b. On behalf of former defendant, Dr. Eugene McGuinn (Physician at CMHIP in his personal capacity), in accordance with my previous **Order Adopting Recommendations of the United States Magistrate Judge** ¶ 3 at 2 [#33], filed October 18, 2013; provided, that the judgment on the claims against this defendant shall be without prejudice; and

3

7.  That defendants are **AWARDED** their costs, to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated October 31, 2013, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge