# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00031-REB-KMT

GABRIELE GUNDLACH,

    Plaintiff,

v.

MARIA MORA, Social Worker at CMHIP in her personal capacity,
PAMELA JONES, Charge Nurse at CMHIP in her personal capacity,
DR. MYRA KAMRAN, Physchologist at CMHIP in his personal capacity, and
DEBRA CROSSER,

    Defendants.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Overruling Objections to and Adopting Recommendation of the United States Magistrate Judge** [#34] entered by Judge Robert E. Blackburn on October 31, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#29], filed September 5, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

2. That the objections stated in **Plaintiff's Objection to the Magistrate's Recommendation To Grant Defendants' Motion To Dismiss** [#31], filed September 19, 2013, are **OVERRULED**;

3. That **Defendants' Motion To Dismiss** [#15], filed April 26, 2013, is **GRANTED**;

4. That plaintiff's **Motion for Leave To File Amended Complaint** [#23], filed May

20, 2013, is **DENIED**;

    5. That plaintiff's claims are **DISMISSED WITH PREJUDICE**;

    6. That judgment **SHALL ENTER** as follows:

        a. On behalf of defendants, Maria Mora (Social Worker at CMHIP in her personal capacity); Pamela Jones (Charge Nurse at CMHIP in her personal capacity); Dr. Myra Kamran (Psychologist at CMHIP in her personal capacity); and Debra Crosser (Clerk of the Boulder County Combined Courts in her official and personal capacities), against plaintiff, Gabrielle Gundlach, on all claims for relief and causes of action asserted by plaintiff; provided, that the judgment on the claims against these defendants shall be with prejudice;

        b. On behalf of former defendant, Dr. Eugene McGuinn (Physician at CMHIP in his personal capacity), in accordance with my previous **Order Adopting Recommendations of the United States Magistrate Judge** ¶ 3 at 2 [#33], filed October 18, 2013; provided, that the judgment on the claims against this defendant shall be without prejudice; and

    4.  That the defendants are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    DATED at Denver, Colorado, this 31st day of October, 2013.

                      FOR THE COURT:

                      Jeffrey P. Colwell, Clerk

                      By: s/ Kathleen Finney
                          Kathleen Finney
                          Deputy Clerk